IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARIUS T. MENDA, | ) | CIVIL NO. 06-00377 SOM-KSC |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION THAT CASE |
| vs. | ) | BE DISMISSED |
| | ) | |
| THE HERTZ CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED

Plaintiff Darius T. Menda's ("Plaintiff") Complaint was removed from the First Circuit Court of the State of Hawaii on July 10, 2006. A Rule 16 scheduling conference was held on October 2, 2006, and a jury trial was scheduled for September 25, 2007. An early settlement conference was set for January 10, 2007 and was continued until January 17, 2007. On January 12, 2007, the early settlement conference was taken off calendar at the request of counsel.

A status conference was held on March 6, 2007. At the status conference, Plaintiff's attorney, Shawn A. Luiz, indicated that he had been unable

to contact his client. As a result, the Court issued an Order directing Plaintiff to appear and for him to show cause why the case should not be dismissed for lack of prosecution. The Order was issued on March 15, 2007, and a hearing on the order to show cause was scheduled for March 28, 2007.

A copy of the Order was sent to Plaintiff's last known address.

A hearing was held on March 28, 2007. Plaintiff did not appear. Counsel and the Court have not received any communication from Plaintiff in response to the order to show cause. Based on the foregoing, the Court finds that Plaintiff has failed to maintain communication with his attorney Shawn A. Luiz and that he has made no reasonable effort to prosecute the claims presented in his Complaint.

A district court must weigh five factors to determine whether to dismiss a case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. <u>Bautista v. Los Angeles County</u>, 216 F. 3d 837, 841 (9th Cir. 2000).

Balancing the five factors in this case, noting that little or no discovery had been undertaken and that no pretrial motions had been filed and

mindful of the public policy which favors disposition of cases on their merits, the Court finds that dismissal of Plaintiff's Complaint without prejudice is an appropriate sanction in this case.

Consequently, the Court FINDS and RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, March 28, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge